**DISMISS and Opinion Filed November 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01335-CR

**REGINALD ARLEIGH NOBLE, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. W00-50025-K**

## MEMORANDUM OPINION

Before Justices Bridges, Whitehill, and Nowell
Opinion by Justice Nowell

On October 30, 2019, Reginald Arleigh Noble filed his notice of appeal. According to the

notice, Mr. Noble filed an application for an article 11.07 writ of habeas corpus in the Criminal

District Court No. 4 on August 8, 2019. That court forwarded the writ to the Texas Court of

Criminal Appeals on September 13, 2019. Twelve days later, the court of criminal appeals notified

Mr. Noble by postcard the following:

> The Court has previously entered an order citing you for abuse of the writ of habeas
> corpus. The application for writ of habeas corpus filed by you in the CRIMINAL
> DISTRICT COURT #4, received by this Court on 9/13/2019, does not satisfy the
> requirements for consideration set out in the order described above. Therefore, the Court
> will take no action on this writ.

Although Mr. Noble seeks to appeal the "abuse of writ from the Court of Criminal

Appeals," he cites no authority for the proposition we may review actions taken by the Texas Court

of Criminal Appeals. "[O]ur jurisdiction over an appeal must be based on either (1) the general constitutional grant, subject to any restrictions and regulations imposed by the legislature; or (2) a specific statutory grant of jurisdiction." *See Harris v. State*, 402 S.W.3d 758, 760 (Tex. App.—Houston [1st Dist.] 2012, no pet.). We have no jurisdiction to review actions taken by the Texas Court of Criminal Appeals. *See Tex. Dep't of Pub. Safety v. Barlow*, 48 S.W.3d 174, 175–76 (Tex. 2001); *Tune v. Tex. Dep't of Pub. Safety*, 23 S.W.3d 358, 361 (Tex. 2000); *see also* TEX. CODE CRIM. PROC. ANN. art. 4.04 ("The Court of Criminal Appeals shall have, and is hereby given, final appellate and review jurisdiction in criminal cases coextensive with the limits of the state, and its determinations shall be final.").

Therefore, we dismiss this appeal.

/ Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
191335F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

REGINALD ARLEIGH NOBLE,
Appellant

No. 05-19-01335-CR       V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 4, Dallas County, Texas
Trial Court Cause No. W00-50025-K.
Opinion delivered by Justice Nowell,
Justices Bridges and Whitehill
participating.

Based on the Court's opinion of this date, we **DIISMISS** this appeal for want of jurisdiction.

Judgment entered November 20, 2019